IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

**LAWRENCE BAZUAYE,**

Plaintiff,

vs.

Case No. 4:23-cv-283

**INTERNATIONAL ASSOCIATION OF MACHINISTS & AEROSPACE WORKERS LOCAL LODGE 778, and HONEYWELL FEDERAL MANUFACTURING & TECHNOLOGIES, LLC,**

Defendants.

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Defendant Honeywell Federal Manufacturing & Technologies, LLC ("FM&T")[1] hereby removes to the United States District Court for the Western District of Missouri the action styled *Lawrence Bazuaye v. International Association of Machinists & Aerospace Workers Local Lodge 778, et al,* Case No. 2216-CV14049, currently pending in the Circuit Court of Jackson County, Missouri (the "Circuit Court Action"). FM&T removes this case on the basis of federal question jurisdiction. In support of removal, FM&T states as follows:

## I.   BACKGROUND AND PROCEDURAL HISTORY

1. On June 21, 2022, Plaintiff commenced this action in the Circuit Court of Jackson County, Missouri.

---

[1] Honeywell FM&T's correct name is Honeywell Federal Manufacturing & Technologies, LLC.

2. Plaintiff's original Petition asserted a single "Hybrid LMRA Section 301 Claim" against Defendants FM&T and International Association of Machinists & Aerospace Workers Local Lodge 778 ("Local 778"). *See* Petition, attached in Exhibit A.

3. "LMRA Section 301" is a reference to the Labor Management Relations Act, 29 U.S.C. § 185, which provides "Suits for violation of contracts between an employer and a labor organization representing employees in an industry affecting commerce as defined in this chapter, or between any such labor organizations, may be brought in any district court of the United States having jurisdiction of the parties, without respect to the amount in controversy or without regard to the citizenship of the parties."

4. On December 23, 2022, Plaintiff filed an Amended Petition that added Counts II through VII, asserting claims under several federal statutes: Title VII; the Genetic Information Nondisclosure Act (GINA); the Americans with Disabilities Act (ADA); and 42 U.S.C. §§ 1981 and 1983. The Amended Petition also asserts claims under the Missouri Human Rights Act (MHRA). *See* Amended Petition, attached in Exhibit A.

5. On March 29, 2023, the summons and petition were served on FM&T.

6. Upon information and belief, on March 29, 2023, the summons and petition were served on Local 778.

7. The Notice of Removal is timely filed pursuant to 28 U.S.C. §1446(b) because it is filed within thirty days of the date of service on FM&T.

## II. FEDERAL QUESTION JURISDICTION EXISTS

8. Because Plaintiff's Amended Petition asserts that Defendants violated federal law, namely the LMRA, Title VII, GINA, the ADA, and 42 U.S.C. §§ 1981 and 1983, this Court has original jurisdiction over this case under 28 U.S.C. § 1331, and it is one that may be removed to this Court pursuant to 28 U.S.C. §§ 1441 and 1446.

2

9. This Court has supplemental jurisdiction over Plaintiff's MHRA claims pursuant to 28 U.S.C. § 1367.

### III. CONSENT TO REMOVAL

10. When a civil action is removed based on federal question jurisdiction pursuant to 28 U.S.C. § 1441(a), all defendants who have been properly joined and served must join in or consent to the removal. 28 U.S.C. § 1446(b)(2)(A).

11. Local 778 will separately file its consent to this removal.

### IV. VENUE

12. Pursuant to 28 U.S.C. § 1441(a), venue is proper in the United States District Court for the Western District of Missouri because the territorial jurisdiction of this Court includes the Circuit Court of Jackson County, Missouri.

### V. COMPLIANCE WITH PROCEDURAL REQUIREMENTS

13. FM&T has attached all process, pleadings, and orders served upon it as Exhibit A, as required by 28 U.S.C. § 1446(a).

14. In accordance with 28 U.S.C. § 1446(d), FM&T will promptly file a copy of this Notice of Removal with the Clerk of the Circuit Court of Jackson County, Missouri, and will simultaneously provide written notice of the filing of this Notice of Removal to counsel for Plaintiff as reflected by the Certificate of Service.

15. By removing this action, FM&T does not waive any defenses or objections that they may have, including but not limited to, sufficiency of process, service of process, and personal jurisdiction.

### VI. CONCLUSION

WHEREFORE, FM&T respectfully removes this case from the Circuit Court of Jackson County, Missouri, to this Court for all further proceedings.

3

Respectfully submitted,


/s/ *Daniel B. Boatright*
Daniel B. Boatright, Mo. #38803
Direct: 816.627.4401
E-Fax: 816.817.7703
dboatright@littler.com
Alyssa S. Gonnerman, Mo. #67137
Direct: 816.627.4410
E-Fax: 816.817.2824
agonnerman@littler.com
LITTLER MENDELSON, P.C.
1201 Walnut Street, Suite 1450
Kansas City, MO  64106

**ATTORNEYS FOR DEFENDANT
HONEYWELL FEDERAL
MANUFACTURING & TECHNOLOGIES,
LLC**

4

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on April 27, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system, and further certify that I have emailed the document to the following counsel of record:

Kevin C. Koc
The Meyers Law Firm, LC
4435 Main Street, Suite 503
Kansas City, MO 64111
kkoc@meyerslaw.com

**ATTORNEYS FOR PLAINTIFF**

Raymond Salva, Jr.
Boyd Kenter Thomas & Parrish LLC
221 W. Lexington Ave, Ste 200
Independence MO  64051
rsalva@bktplaw.com

**ATTORNEYS FOR DEFENDANT
INTERNATIONAL ASSOCIATION OF
MACHINISTS & AEROSPACE
WORKERS LOCAL LODGE 778**

*/s/ Daniel B. Boatright*
**ATTORNEY FOR DEFENDANT
HONEYWELL FEDERAL
MANUFACTURING &
TECHNOLOGIES, LLC**

5