IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| Lawrence Bazuaye, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:23-cv-00283-HFS |
| ) | |
| International Association of ) | |
| Machinists & Aerospace Workers ) | |
| Local Lodge 778, et al., ) | |
| ) | |
| Defendants. ) | |

ORDER OF DISMISSAL

The parties have filed a joint stipulation of dismissal without prejudice. (Doc. 38). The requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii) are satisfied, and it is therefore

**ORDERED** that the above action shall be dismissed without prejudice, with each party to bear their own fees and costs.

                                                    */s/ Howard F. Sachs*
                                                   HOWARD F. SACHS
                                                   UNITED STATES DISTRICT JUDGE

Dated: January 11, 2024
Kansas City, Missouri