IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| Lawrence Bazuaye, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:23-cv-00283-HFS |
| | ) |
| International Association of | ) |
| Machinists & Aerospace Workers | ) |
| Local Lodge 778, et al., | ) |
| | ) |
| Defendants. | ) |

ORDER OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 60(a), the order of dismissal entered January 11, 2023 (Doc.39) is hereby corrected. The order of dismissal is **with prejudice**. SO ORDERED.

                                              */s/ Howard F. Sachs*
                                              HOWARD F. SACHS
                                              UNITED STATES DISTRICT JUDGE

Dated: January 16, 2024
Kansas City, Missouri